445 A.2d 210

Commonwealth v. Forlano, Appellant.

Argued February 2, 1982. Allan Hyman Freedman, for appellant; Nancy D. Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Appeal quashed.